# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  DAWN R. GUTIERREZ & FELIPE D. GUTIERREZ          Case Number: 07-71082
2105 FREEPORT ROAD #901                SSN-xxx-xx-7290 & xxx-xx-2158
STERLING, IL  61081

|  |  |
|---|---|
| Case filed on: | 5/1/2007 |
| Plan Confirmed on: | 11/5/2007 |

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,675.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | NIEBUHR LAW FIRM | 2,180.00 | 2,180.00 | 32.01 | 0.00 |
|  | Total Legal | 2,180.00 | 2,180.00 | 32.01 | 0.00 |
|  |  |  |  |  |  |
| 999 | DAWN R. GUTIERREZ | 0.00 | 0.00 | 270.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 270.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | AMCORE BANK NA | 11,852.57 | 11,852.57 | 1,674.06 | 1,163.45 |
| 002 | AMCORE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | STERLING KAY JEWELERS DBA KAY JEWELERS | 1,243.34 | 1,243.34 | 184.04 | 121.58 |
|  | Total Secured | 13,095.91 | 13,095.91 | 1,858.10 | 1,285.03 |
|  |  |  |  |  |  |
| 001 | AMCORE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | WELLS FARGO FINANCIAL ALABAMA | 7,520.09 | 376.00 | 0.00 | 0.00 |
| 004 | AVCO | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AVCO | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AVCO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AVCO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ROUNDUP FUNDING LLC | 734.30 | 36.72 | 0.00 | 0.00 |
| 009 | BERGNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | BK OF AMER | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CAPITAL ONE | 3,697.85 | 184.89 | 0.00 | 0.00 |
| 012 | CAP ONE BK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CAPITAL ONE | 1,175.13 | 58.76 | 0.00 | 0.00 |
| 014 | CAP ONE BK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CAP ONE BK | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | B-REAL LLC | 2,623.85 | 131.19 | 0.00 | 0.00 |
| 017 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CITI | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | CREDIT FIRST NA | 1,052.52 | 52.63 | 0.00 | 0.00 |
| 021 | DISCOVER FIN SVCS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | FASHION BUG / SOANB | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | GDYR / CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | GEMB / JCP | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ECAST SETTLEMENT CORPORATION | 725.87 | 36.29 | 0.00 | 0.00 |
| 026 | ECAST SETTLEMENT CORPORATION | 4,971.02 | 248.55 | 0.00 | 0.00 |
| 027 | GEMB / WALMART | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | HB FSB | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | STERLING KAY JEWELERS DBA KAY JEWELERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | MARSHALL & ILSLEY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | NICOR GAS | 141.37 | 7.07 | 0.00 | 0.00 |
| 034 | PROVIDIAN FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | STERLING FEDERAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | ECAST SETTLEMENT CORPORATION | 564.89 | 28.24 | 0.00 | 0.00 |
| 037 | THE NATIONAL BANK | 2,447.17 | 122.36 | 0.00 | 0.00 |
| 038 | US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | ANDREW HOUHA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 25,654.06 | 1,282.70 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 40,929.97 | 16,558.61 | 2,160.11 | 1,285.03 |

# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

| | |
|---|---|
| Total Paid Claimant: | $3,445.14 |
| Trustee Allowance: | $229.86 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008                    By  /s/Heather M. Fagan